IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEONARD BAKER,

    Petitioner,                   No. 2: 12-cv-1564 KJN P

    vs.

DARRELL G. ADAMS,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The documents attached to the instant petition appear to be exhibits in support of petitioner's other habeas corpus petition pending in this court, <u>Baker v. Adams</u>, 12-cv-1520 DAD P. In other words, petitioner did not intend to open a new action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to file the petition filed in the instant action (Dkt. No. 1) in 12-1520 DAD P; the Clerk of the Court shall designate this document in 12-1520 as "exhibits in support of petition";

////

////

1

2. The Clerk of the Court is directed to close the instant action.

DATED: June 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bak1564.ord