IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEONARD BAKER,

        Petitioner,                      No. 2: 12-cv-1564 KJN P

        vs.

DARRELL G. ADAMS,

        Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The documents attached to the instant petition appear to be exhibits in support of petitioner's other habeas corpus petition pending in this court, Baker v. Adams, 12-cv-1520 DAD P.  In other words, petitioner did not intend to open a new action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to file the petition filed in the instant action (Dkt. No. 1) in 12-1520 DAD P; the Clerk of the Court shall designate this document in 12-1520 as "exhibits in support of petition";

////

////

1

1    2. The Clerk of the Court is directed to close the instant action.

2  DATED: June 22, 2012

3

4  _____
   KENDALL J. NEWMAN
5  UNITED STATES MAGISTRATE JUDGE

6  bak1564.ord