UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEONARD BAKER,

Petitioner,

v.

DARREL G. ADAMS,,

Respondent.

No. 2:12-cv-01520 DAD P

ORDER

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 4, 2013, the court dismissed the original petition filed in this court and granted petitioner leave to file an amended petition in order to clarify his claims and explain whether he had exhausted those claims in state court. On May 28, 2013, petitioner filed another form habeas petition in this court. However, other than indicating that the judgment of conviction he is seeking to challenge was entered by the Yolo County Superior Court, the remainder of the amended petition contains only rambling and disjointed statements which do not appear to concern petitioner's judgment of conviction. The court will grant petitioner leave to file a second amended petition and a final opportunity to comply with the court's April 4, 2013 order requiring him to clarify the nature of his federal habeas claims.

Accordingly, IT IS HEREBY ORDRED that:

/////

1. Within thirty days from the service of this order, petitioner shall file a second amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the second amended petition must bear the docket number assigned this case and must be labeled “Second Amended Petition;” petitioner must use the form petition provided by the court and answer each question, specifically providing information concerning any claims or issues he raised in the California Court of Appeal and, more importantly, in the California Supreme Court; petitioner’s failure to file a second amended petition in accordance with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to provide petitioner a copy of the court’s form habeas petition for a state prisoner and a copy of the court’s order filed April 4, 2013 (ECF No. 6).

Dated: April 14, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bak1520.lta2